# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | | |
|---|---|---|
| PETER H. DAWE, | : | No. 2:13-CV-03845-SDW-SCM |
| Plaintiff, | : | |
| | : | |
| CANDICE L. CLARK, LUIS A. VARGAS, and SANTA BARBARA EXPRESS LLC, | : | CIVIL ACTION |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ___5th___ day of ___December___, 2014, upon the Plaintiff's Motion for Default Judgment and the failure of any of the Defendants to respond in a timely manner, it is hereby ORDERED that:

1. The Plaintiff's Motion for Default Judgment is hereby GRANTED; and **Denied***

2. Plaintiff is awarded $_____._____ in damages.

BY THE COURT:

_____
~~Magistrate Judge Steven C. Mannion~~
USDJ

*Plaintiff has failed to provide any supporting documentation for an award of damages -SDW

c. Brett J. Riegel, Esq. 18 North 8th Street, Stroudsburg, PA 18360
   Candice Clarke (Pro Se), 24 Judy Pl. Key Largo, FL 33037
   Luis A. Vargas (Pro Se), 35-55 Carlisle PL3, Bronx, NY 10467
   Santa Barbara Express LLC (Pro Se), 10 Lewis Ave., Jersey City, NJ 07306